| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>Western District of Missouri | VOLUNTARY PETITION |
|---|---|---|

| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Houlihan's Restaurants, Inc. | **Name of Joint Debtor (Spouse)** (Last, First, Middle): |
|---|---|
| **All Other Names used by the Debtor in the last 6 years** (include married, maiden, and trade names):<br>Houlihan's, Darryl's, J. Gilbert's, Bristol, Chequers, Devon Braxton, and Houlihan's Restaurant Group | **All Other Names used by the Joint Debtor in the last 6 years** (include married, maiden, and trade names): |
| **Soc. Sec/Tax I.D. No.** (if more than one, state all):<br>43-1618489 | **Soc. Sec/Tax I.D. No.** (if more than one, state all): |
| **Street Address of Debtor** (No. and Street, City, State, and Zip Code):<br>Two Emanuel Cleaver II Boulevard<br>Kansas City, MO  64112 | **Street Address of Joint Debtor** (No. and Street, City, State, and Zip Code): |
| **County of Residence or of the Principal Place of Business:**<br>Jackson | **County of Residence or of the Principal Place of Business:** |
| **Mailing Address of Debtor** (if different from street address): | **Mailing Address of Joint Debtor** (if different from street address): |

**Location of Principal Assets of Business Debtor** (if different from address listed above):   **17 states**

### INFORMATION REGARDING THE DEBTOR (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7   ☒ Chapter 11   ☐ Chapter 13 |
| ☒ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ☒ Business | ☒ Full Filing Fee attached<br>☐ Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)    This Space For Court Use Only
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**Estimated Debts**

| $0 to | $50,001 to | $100,001 to | $500,001 to | $1,000,001 to | $10,000,001 to | $50,000,001 to | More than |

KC01DOCS/559158.01

| $50,000 | $100,000 | $500,000 | $1 million | $10 million | $50 million | $100 million | $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| **VOLUNTARY PETITION** (This page must be completed and filed in every case) | **Name of Debtor(s):** Houlihan's Restaurants, Inc. | **FORM B1, Page 2** |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of the Debtor** (If more than one, attach additional sheet)

| Name of Debtor: See attached Schedule 1 | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**SIGNATURES**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of Debtor (Corporation or Partnership)** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Debtor (Corporation or Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    /s/ Robert M. Hartnett
Signature of Authorized Individual

Robert M. Hartnett
Printed Name of Authorized Individual

Chief Executive Officer
Title of Authorized Individual

January 23, 2002
Date

---

**Signature of Attorney**

X    /s/ Laurence M. Frazen
Signature of Attorney for Debtor(s)

Laurence M. Frazen
Printed Name of Attorney for Debtor(s)

Bryan Cave LLP
Firm Name

3500 One Kansas City Place, 1200 Main Street
Address
Kansas City, Missouri 64105

(816) 374-3200
Telephone Number

January 23, 2002
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines

---

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed

under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# Schedule 1
## to
## Voluntary Petition
## of
## Houlihan's Restaurants, Inc.

### Pending Cases filed by Affiliates of Debtor

| Name of Debtor | Case Number | Date Filed | District | Relationship | Judge |
|---|---|---|---|---|---|
| Houlihan's/California, Inc. | Unknown | 1/23/02 | Western District of Missouri | Subsidiary | Unknown |
| Houlihan's/San Francisco, Inc. | Unknown | 1/23/02 | Western District of Missouri | Subsidiary | Unknown |
| Houlihan's/Milwaukee, Inc. | Unknown | 1/23/02 | Western District of Missouri | Subsidiary | Unknown |
| Houlihan's of Chesterfield, Inc. | Unknown | 1/23/02 | Western District of Missouri | Subsidiary | Unknown |
| Houlihan's of Farmingdale, Inc. | Unknown | 1/23/02 | Western District of Missouri | Subsidiary | Unknown |
| Houlihan's of Union Station, Inc. | Unknown | 1/23/02 | Western District of Missouri | Subsidiary | Unknown |
| Darryl's of Kissimmee, Inc. | Unknown | 1/23/02 | Western District of Missouri | Subsidiary | Unknown |
| Darryl's of Overland Park, Inc. | Unknown | 1/23/02 | Western District of Missouri | Subsidiary | Unknown |
| Darryl's of St. Louis County, Inc. | Unknown | 1/23/02 | Western District of Missouri | Subsidiary | Unknown |
| Red Steer, Inc. | Unknown | 1/23/02 | Western District of Missouri | Subsidiary | Unknown |
| Sam Wilson's/Kansas, Inc. | Unknown | 1/23/02 | Western District of Missouri | Subsidiary | Unknown |

KC01DOCS/559158.01

# CERTIFICATE OF SECRETARY
# OF
# HOULIHAN'S RESTAURANTS, INC.

The undersigned, Paul A. Strasen, hereby certifies that:

(A) he is the duly elected, qualified and acting Secretary of **Houlihan's Restaurants, Inc.,** a Delaware corporation, and as such is familiar with the books and records of said corporation;

(B) attached hereto as Exhibit A is a true and correct copy of a resolution adopted by the Board of Directors of said corporation as of January 22, 2002; and

(C) such resolution has not been amended or revoked and remains in full force and effect.

**IN WITNESS WHEREOF** the undersigned has executed this certificate this 22nd day of January, 2002.

By:    /s/ Paul A. Strasen
Paul A. Strasen, Secretary

KC01DOCS/559158.01

# RESOLUTIONS OF THE BOARD OF DIRECTORS
# OF
# <u>HOULIHAN'S RESTAURANTS, INC.</u>

The undersigned, being the sole member of the Board of Directors of Houlihan's Restaurants, Inc., a Delaware corporation (the "Corporation"), does hereby consent to the adoption of, and does hereby adopt, the following resolutions:

**WHEREAS**, the Board of Directors of the Corporation deems it desirable and in the best interest of the Corporation to file a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code.

**THEREFORE, BE IT RESOLVED** that the Corporation's officers are hereby authorized and directed to take all actions deemed necessary to execute the bankruptcy filing and any other agreements or instruments contemplated in connection with such filing.

**FURTHER RESOLVED**, that the appropriate officers of the Corporation be and each hereby is authorized, in the name and on behalf of the Corporation to make or cause to be made all necessary filings, to seek or cause to be sought all consents and to take or cause to be taken any and all actions as any such officer may deem necessary, appropriate or advisable to carry out the terms and provisions of the foregoing resolutions, including without limitation, payment of all fees and expenses and execution and delivery of all such agreements, deeds, certificates, instruments and other documents as any such officer may deem necessary, appropriate or advisable to carry out the bankruptcy filing and the intent and purposes of the foregoing resolutions.

**FURTHER RESOLVED**, that all actions which have heretofore been taken and all documents heretofore prepared, executed and/or delivered by the officers or directors of the Corporation with respect to the bankruptcy filing be and they hereby are ratified, confirmed and approved as the act and deed of the Corporation.

Dated: January 22, 2002

                                                  /s/ Robert M. Hartnett
                                                     Robert M. Hartnett

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI
# AT KANSAS CITY

| | |
|---|---|
| In Re: ) | **In Proceedings Under Chapter 11** |
| ) | |
| **HOULIHAN'S RESTAURANTS, INC.** ) | Case No. _____ |
| ) | |
| **Debtor.** ) | |
| ) | |

## DESIGNATION OF AGENT

Houlihan's Restaurants, Inc., hereby designates its attorney, whose signature, name, address, Missouri Bar number, telephone and facsimile numbers are set forth below, as its agent to receive service of process and service of all pleadings in all proceedings, including adversary actions and contested matters, pursuant to Fed. R. Bankr. P. 7004(b)(8), in this Court arising in this case. This designation shall expire the 60th day after the latest of the following dates which may be applicable in this case: entry of Discharge of Debtor, the last date permitted for filing complaints objecting to discharge under 11 U.S.C. § 727 or dischargeability of debts under 11 U.S.C. § 523, or the date an order of confirmation of a Chapter 11 plan is entered.

Dated: January 23, 2002.

HOULIHAN'S RESTAURANTS, INC.

By:     /s/ Robert M. Hartnett
    Robert M. Hartnett, Chief Executive Officer

    /s/ Laurence M. Frazen
Laurence M. Frazen    MO #31309
Cynthia Dillard Parres    MO #37826
BRYAN CAVE LLP
1200 Main Street, Suite 3500
Kansas City, Missouri 64105
Telephone: (816) 374-3200

KC01DOCS/559158.01

Facsimile: (816) 374-3300
Attorneys for Debtor and Debtor in Possession